IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LET'S GO AERO, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORCOME LTD., a Chinese Corporation, )<br>and DAVID WANG a/k/a WANG GANG, )<br>and URIAH PRODUCTS, LLC, a Missouri )<br>Limited Liability Company, )<br>)<br>Defendant. ) | Case No. 6:20-cv-03273-MDH |

## ORDER

Before the Court is Defendant Uriah Products, LLC's ("Uriah") Motion to Stay this Action Pending Arbitration. (Doc. 14). Uriah moves this Court for an entry of an Order staying this action pending arbitration in *Let's Go Aero, Inc. v. Forcome LTD*, Case No. 25644/PDP, and arbitration under the rules of the International Court of Arbitration of the International Chamber of Commerce. Plainitff Let's Go Aero, Inc. ("LGA") has no objection to staying the action with respect to Uriah.

The Court **GRANTS** Uriah's Motion and the case is stayed pending arbitration in *Let's Go Aero, Inc. v. Forcome LTD*, Case No. 25644/PDP. The parties are required to provide the Court with a status report every 6 months, as well as a status report within 30 days of the arbiter's decision.

**IT IS SO ORDERED.**

Dated: January 12, 2021

                                                                                                                  */s/ Douglas Harpool*
                                                                                                                  **DOUGLAS HARPOOL**
                                                                                                                  **United States District Judge**